# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| FLEET CONNECT SOLUTIONS LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MURATA MANUFACTURING CO., LTD and MURATA ELECTRONICS NORTH AMERICA, INC.<br><br>　　　　Defendants. | Civil Action No. 2:24-cv-00964-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

## UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT

Plaintiff Fleet Connect Solutions, LLC ("Fleet Connect") moves to extend the time for Defendant Murata Manufacturing Co., Ltd. and Defendant Murata Electronics North America, Inc. (together, "Defendants") to respond to the Complaint filed in this case. This would be Defendants' second extension; initial extension requests (to January 16, 2025) were granted. *See* Dkt. Nos. 10 and 11. Since the extensions were given, the Parties have discussed a resolution of the issues raised in Fleet Connect's Complaint but require additional time. Counsel for Defendants have requested additional time to complete the Parties' negotiations as well as to engage litigation counsel (if necessary), and Fleet Connect does not object. As such, Fleet Connect moves for an extension of an additional 30 days for Defendants to file an Answer or otherwise respond to the Complaint.

Dated: January 7, 2024

Respectfully submitted,

*/s/ James F. McDonough, III*

James F. McDonough, III (GA 117088) *
**ROZIER HARDT MCDONOUGH PLLC**
659 Auburn Avenue NE, Unit 254
Atlanta, Georgia 30312
Telephone: (404) 564-1866
Email: jim@rhmtrial.com

C. Matthew Rozier (CO 46854) *
**ROZIER HARDT MCDONOUGH PLLC**
1500 K Street, 2nd Floor
Washington, District of Columbia 20005
Telephone: (404) 779-5305; (202) 316-1591
Email: matt@rhmtrial.com

Jonathan Hardt (TX 24039906) *
**ROZIER HARDT MCDONOUGH PLLC**
712 W. 14th Street, Suite A
Austin, Texas 78701
Telephone: (210) 289-7541
Email: hardt@rhmtrial.com

*Attorneys for Plaintiff FLEET CONNECT SOLUTIONS LLC*

*Admitted to the Eastern District of Texas

## CERTIFICATE OF SERVICE

I hereby certify that on this day I caused the foregoing document to be electronically-filed with the Clerk of Court using the Court's CM/ECF system. As such, this document was served on all counsel who are deemed to have consented to electronic service.

Dated: January 7, 2025

By: */s/ James F. McDonough, III*
James F. McDonough, III

## CERTIFICATE OF CONFERENCE

I HEREBY CERTIFY that the requirements of L.R. CV-7(h) have been complied with and the Motion is filed unopposed. Counsel for the Parties conferred by email on January 7, 2025 regarding this filing and counsel for Defendant asserted that Defendant does not oppose the relief sought.

Dated: January 7, 2025

By: */s/ James F. McDonough, III*
James F. McDonough, III